# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONALD FRANKLIN HARRIS                                    PLAINTIFF

V.                      NO. 3:11CV00282 JTR

CAROLYN W. COLVIN,[1]
Acting Commissioner,
Social Security Administration                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 8th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration. *See* Fed. R. Civ. P. 25(d) (providing for automatic substitution of public officers).